**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* ______ Chapter 11

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **401 SUNRISE CORP.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **11-2805372** |
| 4. | **Debtor's address** | **Principal place of business**<br>**401 Sunrise Hwy**<br>**Lynbrook, NY 11563**<br>Number, Street, City, State & ZIP Code<br>**Nassau**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**7225**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☐ No
- ■ Yes.

Debtor **See Attachment** Relationship ______
District ______ When ______ Case number, if known ______

| Debtor | **401 SUNRISE CORP.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

        Contact name _____

        Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **401 SUNRISE CORP.**
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 10, 2018**
MM / DD / YYYY

X Nicholas Mavromihalis
Signature of authorized representative of debtor

**Nick Mavromihalis**
Printed name

Title **President**

**18. Signature of attorney**

X
Signature of attorney for debtor

Date **August 10, 2018**
MM / DD / YYYY

**Lawrence F. Morrison**
Printed name

**Morrison Tenenbaum, PLLC**
Firm name

**87 Walker Street, Second Floor**
**New York, NY 10013**
Number, Street, City, State & ZIP Code

Contact phone **212-620-0938** Email address **info@m-t-law.com**

**2889590 NY**
Bar number and State

Debtor **401 SUNRISE CORP.**
Name

Case number (*if known*)

Fill in this information to identify your case:

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number (*if known*) Chapter **11**

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **401 Realty Corp.** | | | Relationship to you | **Affiliate** |
| District | **EDNY** | When | **7/27/18** | Case number, if known | **18-44350 (CEC)** |
| Debtor | **Nicholas Mavromihalis** | | | Relationship to you | **Affiliate** |
| District | **EDNY** | When | **7/27/18** | Case number, if known | **18-44349** |

# United States Bankruptcy Court
## Eastern District of New York

In re **401 SUNRISE CORP.** Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **George Kaporis**<br>**143-14 22nd Road**<br>**Whitestone, NY 11357** | | **25%** | |
| **Nick Mavromihalis**<br>**143-26 22 Rd**<br>**Whitestone, NY 11357** | | **50%** | |
| **Nikolaos Kastakis**<br>**1820 Parsons Blvd.**<br>**Whitestone, NY 11357** | | **25%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 10, 2018**

Signature [signature]
**Nick Mavromihalis**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**United States Bankruptcy Court**
**Southern District of New York**

In re **401 SUNRISE CORP.** Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 10, 2018**

/s/ [signature]
**Nick Mavromihalis/President**
Signer/Title

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Agapios Pavlides
42-46 196 St
NY 11358

Alcides Cruz
37 Grant St
NY 11575

Alfredo Talavera
57 Fillmore Avenue
NY 11729

Alirio Tabor
20 Henri St
NY 11696

Amner Vigil Blanco
374 Melvine Road
NY 11520

Anastasia Tsagouris
2 Andrew Lane
NY 11714

Andrea Potaris
8 North Blvd
NY 11518

Andrew Haas
1170 Brunswick Ave
NY 11691

Angelo Calderon
91-51 195 Street
NY 11423

Anibal Salomon Alvarez
510 Southside
NY 11520

Annmarie Giordano
2631 Fox Road
NY 11510

Antonio Hernandez Flores
511 Northern Parkway
NY 11553

Antonio Vasquez Iglesias
108 Babylon Tpke
NY 11575

Argyros Spyridon
139 Grand Blvd
NY 11762

Aristomenis Mitropoulos
33 Monroe Street
NY 11563

Arnoldo Lopez
215 Travis Avenue
NY 11003

Ashley Greene
37 Jackson Road
NY 11581

Baldassarre Esposito
295 Denton Avenue
NY 11563

Beth Lapidus
149 Page Road
NY 11581

Billie Bartole
246-11 Jericho Tpke
NY 11426

Brian Diller
960 Park Lane
NY 11581

Bruce Ambrosio
2646 Bayview Avenue
NY 11566

Bryan Poss
150 South Ocean Avenue
NY 11520

Cagla Fidan
1 Zisko Avenue
NY 11753

Caitline Prestano
350 Merrick Rd Apt 3V
NY 11570

Carlos Carias
250 Merrick Road
NY 11563

Carlos Meija
88 Nassau Lane
NY 11558

Carlos Savala
85 Gold Street
NY 11580

Carol Becker
40 Carpenter Avenue
NY 11563

Caroline Crespin
336 S Bayview Dr
NY 11520

Cerrissa Thomas
142-15 180th Street
NY 11434

Christ Kalliangas
58-03 211 St
NY 11364

Christian Hernandez
111-18 134 Street
NY 11165

Christopher Humphries
149-60 18th Ave
NY 11357

David Lazaros
401 Sunrise Highway
NY 11563

Deborah Agosto
121 Broadway
NY 11563

Deborah Brinar
700 Merrick Rd
NY 11510

Dimitri Marinos
59 Reyam Road
NY 11563

Dimitrios Koulentianos
1705 East 32 Street
NY 11234

Dimitrios Papageorgiou
90-23 Ridge Blvd
NY 11209

Donna DelGrosso
176 Mott Avenue
NY 11096

Edgardo Castro
78 Ormonde Blvd
NY 11580

Edi Alvayeros Esquivel
17 Washburn Avenue
NY 11520

Eduardo Campos
85 Pennsylvania Ave
NY 11550

Eduardo Mayer Cordova
47 Dehnhoff Avenue
NY 11520

Edward Casanova
151 Union Avenue
NY 11563

Efthimios Finitsis
204 East Euclid Street
NY 11580

Eliseo Vigil Blanco
374 West Merrick Rd
NY 11520

Emerito Garcia
95 Broadway Avenue
NY 11590

Eunice Perez
1 Jefferson Avenue A2
NY 11570

Evriliki Katsavrias
28-44 46th St
NY 11103

Felix Gonzalez
17 Davis St
NY 11520

Fritz St Hilarie
261 South Franklin St
NY 11550

George Kazolas
1666 Bell Blvd
NY 11360

Georgios Dimitratos
72 Maple Street
NY 11735

German Meija
247 Grand Avenue
NY 11552


Gina Rivero
295 Denton Avenue
NY 11563


Gina Scudese
24 Fifth Street
NY 11581


Grigorios Loukas
25-95 37 St
NY 11103


Ingrid Obando
36 Waldorf Avenue
NY 11003


Irene Volk
139 Garfield Place
NY 11518


Isaias Waldemar Melendez
18 Florida Avenue
NY 11558


Janet Tagliagambe
670 Thomas Ave
NY 11510


Jason Cruz
428 Long Beach Road
NY 11558


Jeanne Weaver
16 Norton Street
NY 11520


Jennifer Molina
1641 Heckscher Ave
NY 11706

Jennifer Ricca
869 DeMott Avenue
NY 11510

Jerome Hahn
409 Willow Lane
NY 11580

Jessica Grob
173 Sunrise Highway
NY 11570

Jesus Gomes Benitez
108 Babylon Tpke
NY 11575

Jesus Reyes Jr.
319 Vincent Ave
NY 11563

Joanne Guerra
2020 Prospect Ave
NY 11735

Joaquin Gonzalez
47 Queen Street
NY 11520

Jocelyn Carlson
55 New Street
NY 11572

John Clifford
161 Spencer Avenue
NY 11563

John Moustakas
135 Piccadilly Downs
NY 11563

Jonathan Faas
66 Midwood Street
NY 11580

Jordan Thomas
34 Randall Avenue
NY 11563

Jorge Marcia
8 Broadway
NY 11563

Jorge Mejia Marcia
30 A East Hampton Avenue
NY 11580

Jose Amador
401 Sunrise Hwy
NY 11520

Jose Benavides
511 Northern Pkwy
NY 11553

Jose Cruz
1 Jay Street
NY 11520

Jose Cruz
510 Sausi Street
NY 11520

Jose Nelson Sanchez Vigil
374 Madison Ave
NY 11520

Jose Paz
374 West Merrick Rd
NY 11520

Jose Perez Ponce
217 Bedford Avenue
NY 11710

Jose Vasquez
246 Merrick Rd
NY 11563

Juan Guevara
1424 Gateway Blvd
NY 11691

Juan Marte
474 Greenwich Street
NY 11550

Juli Yanery Galan
20 Hutchison Place
NY 11563

Julianne Gonzalez
17 Leach Street
NY 11563

Julio Baer Herera
31 Casino Place
NY 11570

Julio Lemos
44 Winthrop Street
NY 11563

Julio Vijil
68 Dawes Avenue
NY 11575

Kaila Tracy
81 Edward Street
NY 11563

Karen Dubuke
Freer Street
NY 11563

Karen Paccio
28 Dureya Place Apt 3B
NY 11563

Karmen Levy
401 Sunrise Hwy
NY 11432

Kate Davis
6 Smith Street
NY 11552

Kathryn Bayram
50 Harrison Avenue
NY 11563

Keri Butler
132 Williamson Street
NY 11518

Kimberleigh Snow
24 Pennsylvania Ave
NY 11561

Konstandinos Nikolis
1908 Old Mill Road
NY 11566

Kristie Steele
163 Waterford Rd
NY 11558

Laura Giegerich
752 Merrick Rd
NY 11510

Lauren Spaulding
48 Chestnut Street
NY 11563

Lesly Marcia
Sunrise Hwy
NY 11558

Lisa Barile
254 Amos Ave
NY 11572

Lisa Kogut
161 Traymore Blvd
NY 11558

Lisa Lazuk
9 Lawson Avenue
NY 11518

Lisandra Bernard
161-11 86 Crescent
NY 11432

Louis Majin Alvarez
510 Southside Ave
NY 11520

Lucy Marchese
78 Westcott Street
NY 11096

Luis Marques
510 Southside Ave
NY 11520

Luiz Alvarez
510 Southside
NY 11520

Magdaleno Sosa
45 North Ocean Ave Apt 4L
NY 11520

Maria Zamudio
2309 Milburn Ave
NY 11510

Mario Berrios Velasquez
233 East Market St
NY 11561

Mario Meija
87 Vermont Avenue
NY 11550

Mario Reyes
44 Liberty Blvd
NY 11580

Maroulla Michael
67 Alhambra Road
NY 11768

Maureen Abramson
24 Pennsylvania Ave
NY 11561

Melvin Reyes
95-18 88 Street
NY 11416

Michael Batres
20 Clarissa Drive
NY 11801

Michael Birbilis
103 Lord Ave
NY 11096

Michael Klouvas
47-17 Astoria Blvd
NY 11105

Michelle Nicolo
13346 86 Street
NY 11417

Miguel Romero
202 Prospect Ave
NY 11516

Monica Phillips
41 South Corona Avenue
NY 11580

Napoleon Perros
3626 Marinor Street
NY 11783

Nicolaos Katsiadakis
PO Box 154
NY 11558

Nicolas Ramos Cruz
35 Elk St
NY 11550

Nicole Esposito
77 Vanderbilt Avenue
NY 11558

Nicole Sgambati
1676 Old Mill Rd
NY 11566

Nikolaos Georgiou
2837 Heath Ave
NY 11300

Nikolaos Margaris
20 Evelyn Avenue
NY 11590

Nilson Maldonad
9 Saint Paul Road
NY 11550

Noe Maradiaga
97-16 148th Street
NY 11435

Olga Lara
185 Quebec Rd
NY 11558

Osbely Gamarro
85-59 157 Street
NY 11412

Osmin Fernandez
17 Davis Street
NY 11520

Panagiotis Lafkas
76 Prospect Avenue
NY 11557

Patricia Kobishyn
80 Melrose Avenue
NY 11563

Patty Colentto
9746 95th Street
NY 11416

Paul Skoufis
196-16 47th Ave
NY 11358

Pavlos Tzanis
78 Sugar Maple Rd
NY 11756

Pedro Alex Artica
27754 Harvard Place
NY 11510

Pedro Zavala
10 Washington St 1R
NY 11550

Penny Miranda
390 Ocean Ave
NY 11558

Petra Hofdeck
411 47th St
NY 11757

Ramon Hernandez
153 N Central Ave
NY 11580

Raul Gonzalez
401 Sunrise Hwy
NY 11563

Raul Viguil
68 Dawes Ave
NY 11575

Regina Conklin
280 Green Acres Road
NY 11581


Renaldo Turcios
169 Parson Drive
NY 11550


Rita Riso
490 Atlantic Ave
NY 11518


Robbin Milles
729 Beech 9th Street
NY 11691


Roberto Velasques
85 Gold Street
NY 11580


Rory Earle
218 East Park Ave
NY 11561


Rosalinda Torres
367 Wallace Street
NY 11520


Roseann Palmeri
121 Aylwood Drive
NY 11554


Rosemarie Shirlaw
189 Main Street
NY 11550


Rudy Guzman
46 North Corona Ave
NY 11580


Rufino Gonzalez
17 Davis Street
NY 11520

Sabrina Medina
9716 148th Street
NY 11435

Salvador Gonzalez
246 Merrick Road
NY 11563

Salvatore DiGerolamo
61 Lyon Place
NY 11563

Samantha Christou
328 East Harrison Street
NY 11561

Sandra Albert
1529 Atherton Ave
NY 11003

Sandra Berenice Sanchez
1106 Phillip Court
NY 11580

Santos Fernandez
143 East Milton St
NY 11520

Scott Maziejka
45 Waldo Ave
NY 11518

Sharon Beaton
268 Miller Ave
NY 11520

Sotiris Fointisis
232 Fir Street
NY 11580

Steve Tsiolis
2 Jester Ct
NY 11746

Sue Francese Rosario
124-06 149 Avenue
NY 11420

Tomassina May
953 First Ave
NY 11010

Toni Balzafiore
148 E New York Ave
NY 11580

Tracey LaChere
283 West Jamaica Av
NY 11580

Valarie Clemens
137 Edgeworth St
NY 11581

Violetta Andreeva
3649 Oceanside Rd W
NY 11572

Zavala, Santos
613 Liberty Street
NY 11553

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:

**401 SUNRISE CORP.,**

Debtor.
---------------------------------------------------------------X

Chapter 11

Case No. 18-__________( )

## AFFIDAVIT PURSUANT TO S.D.N.Y. LOCAL BANKRUPTCY RULE 1007-4

STATE OF NEW YORK )
) ss:
COUNTY OF QUEENS)

I, Nick Mavromihalis, duly sworn, depose and say:

1. I am the President of 401 Sunrise Corp. (the "Debtor"), and as such I am familiar with the operations, business and financial affairs of the Debtor. I submit this affidavit in accordance with the E.D.N.Y Local Bankruptcy Rule 1007-4 in support of the voluntary petition filed by the Debtor.

2. There are no other or prior bankruptcy cases against the Debtor and as such there has been no trustee or creditors' committee appointed in this case.

3. A copy of the Debtor's board resolution authorizing the Chapter 11 filing is annexed hereto as **Exhibit "A"**.

4. The Debtor is a New York corporation and was incorporated on June 3, 1986.

5. The Debtor operates as a diner restaurant in Lynbrook, New York.

6. The Debtor's immediate need for relief in this Court stems from a pending Fair Labor Standard Act lawsuit pending in the U.S. District Court for the Eastern District of New York.

7. Pursuant to Rule 1007-(a)(4) of the local bankruptcy rules annexed hereto as **Exhibit "B"** is a list containing the names and addresses of the Debtor's twenty (20) largest unsecured creditors, excluding insiders.

8. Pursuant to Rule 1007-2(a)(5) of the local bankruptcy rules, annexed hereto as **Exhibit "C"** is a list containing the names and addresses of the Debtor's five (5) largest secured claims.

9. Pursuant to Rule 1007-2(a)(6) of the local bankruptcy rules, annexed hereto as **Exhibit "D"** is a summary of the Debtor's assets and liabilities. This is an internally generated estimate of assets and liabilities and may require certain adjustments.

10. The Debtor does not have any publicly held shares, debentures, or other securities.

11. There is no property of the Debtor in the possession or custody of any public officer, receiver, trustee, pledge, assignee of rents, liquidators, secured creditors, or agents of such person.

12. The Debtor's assets consist primarily of food and beverage inventory and restaurant furniture, fixtures and equipment. The Debtor's books and records are located at 143-26 22nd Road, Whitestone, NY 11357.

13. Aside from the Manager, the Debtor has 33 employees with and an approximate monthly payroll of $48,520.00.

14. The Debtor expects to receive revenue from operations of the business in the amount of approximately $148,000.00 for the thirty (30) day period following the Chapter 11 filing. The Debtor's operating expenses during the same thirty (30) day period should be approximately $40,000.00.

Nick Mavromihalis, President

Sworn to before me this
10th day of August, 2018

NOTARY PUBLIC

LUZ M. ROSADO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RO6230013
Qualified In Queens County
My Commission Expires October 25, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

In re:

**401 SUNRISE CORP.,**

Debtor.

---------------------------------------------------------------X

Chapter 11

Case No. 18-__________( )

## CORPORATE RESOLUTION

At the meeting of the Board of Directors of 401 Sunrise Corp., a New York corporation ("401 Sunrise"), it was determined to be in the best interests of 401 Sunrise to file for bankruptcy under Chapter 11 of the United States Bankruptcy Code and the following resolution was adopted:

Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Nick Mavromihalis, President of this company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Nick Mavromihalis, President of this company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Nick Mavromihalis, President of this company, is authorized and directed to employ Lawrence F. Morrison, attorney and the law firm of Morrison Tenenbaum, PLLC to represent the corporation in such bankruptcy case

Dated: New York, New York
August 10, 2018

By [signature]
Nick Mavromihalis, President

# EXHIBIT B

**Fill in this information to identify the case:**

Debtor name **401 SUNRISE CORP.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 10, 2018**

X Nicholas Mavromihalis
Signature of individual signing on behalf of debtor

**Nick Mavromihalis**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | 401 SUNRISE CORP. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Agapios Pavlides**<br>**42-46 196 St**<br>**NY 11358** | | | | | | **$0.00** |
| **Alcides Cruz**<br>**37 Grant St**<br>**NY 11575** | | | | | | **$0.00** |
| **Alfredo Talavera**<br>**57 Fillmore Avenue**<br>**NY 11729** | | | | | | **$0.00** |
| **Alirio Tabor**<br>**20 Henri St**<br>**NY 11696** | | | | | | **$0.00** |
| **Amner Vigil Blanco**<br>**374 Melvine Road**<br>**NY 11520** | | | | | | **$0.00** |
| **Anastasia Tsagouris**<br>**2 Andrew Lane**<br>**NY 11714** | | | | | | **$0.00** |
| **Andrea Potaris**<br>**8 North Blvd**<br>**NY 11518** | | | | | | **$0.00** |
| **Andrew Haas**<br>**1170 Brunswick Ave**<br>**NY 11691** | | | | | | **$0.00** |
| **Angelo Calderon**<br>**91-51 195 Street**<br>**NY 11423** | | | | | | **$0.00** |
| **Anibal Salomon Alvarez**<br>**510 Southside**<br>**NY 11520** | | | | | | **$0.00** |
| **Annmarie Giordano**<br>**2631 Fox Road**<br>**NY 11510** | | | | | | **$0.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **401 SUNRISE CORP.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Antonio Hernandez Flores 511 Northern Parkway NY 11553** | | | | | | **$0.00** |
| **Antonio Vasquez Iglesias 108 Babylon Tpke NY 11575** | | | | | | **$0.00** |
| **Argyros Spyridon 139 Grand Blvd NY 11762** | | | | | | **$0.00** |
| **Aristomenis Mitropoulos 33 Monroe Street NY 11563** | | | | | | **$0.00** |
| **Arnoldo Lopez 215 Travis Avenue NY 11003** | | | | | | **$0.00** |
| **Ashley Greene 37 Jackson Road NY 11581** | | | | | | **$0.00** |
| **Baldassarre Esposito 295 Denton Avenue NY 11563** | | | | | | **$0.00** |
| **Beth Lapidus 149 Page Road NY 11581** | | | | | | **$0.00** |
| **Billie Bartole 246-11 Jericho Tpke NY 11426** | | | | | | **$0.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# EXHIBIT C

None

# EXIHIBIT D

Est. Assets: $1,000,000.00
Est. Liabilities: $500,00.00

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

**STATEMENT PURSUANT TO LOCAL
BANKRUPTCY RULE 1073-2(b)**

**DEBTOR(S):** 401 SUNRISE CORP. **CASE NO.:**. ______

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

■ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: 18-44350 (CEC) JUDGE: CEC DISTRICT/DIVISION: EDNY

DEBTOR NAME: 401 Realty Corp.

CASE STILL PENDING (Y/N): Y [*If closed*] Date of closing:______

CURRENT STATUS OF RELATED CASE: ______
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: Affiliate

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: ______

2. CASE NO.: 18-44349 JUDGE: CEC DISTRICT/DIVISION: EDNY

DEBTOR NAME: Nicholas Mavromihalis

CASE STILL PENDING (Y/N): Y [*If closed*] Date of closing:______

CURRENT STATUS OF RELATED CASE: ______
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: Affiliate

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: ______

3. CASE NO.:______ JUDGE:______ DISTRICT/DIVISION:______

CASE STILL PENDING (Y/N):______ [*If closed*] Date of closing:______

(OVER)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: ____________________
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: ____________________

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: ______

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**/s/ Lawrence F. Morrison**
**Lawrence F. Morrison**
Signature of Debtor's Attorney
**Morrison Tenenbaum, PLLC**
**87 Walker Street, Second Floor**
**New York, NY 10013**
**212-620-0938 Fax:646-390-5095**

____________________
Signature of Pro Se Debtor/Petitioner

____________________
Signature of Pro Se Joint Debtor/Petitioner

____________________
Mailing Address of Debtor/Petitioner

____________________
City, State, Zip Code

____________________
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------X

IN RE: **401 SUNRISE CORP.**

Debtor(s)

--------------------------------------------X

Chapter **11**

Case No.:

STATEMENT PURSUANT TO LOCAL RULE 2017

I, **Lawrence F. Morrison**, an attorney admitted to practice in this Court, state:

1. That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.
2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
|---|---|
| **7/25/2018** | Initial interview, analysis of financial condition, etc. |
| **8/10/2018** | Preparation and review of Bankruptcy petition |

3. That my firm will also represent the debtor(s) at the first meeting of creditors.
4. That all services rendered prior to the filing of the petition herein were rendered by my firm.
5. That my usual rate of compensation of bankruptcy matters of this type is $ 525 .

Dated: **August 10, 2018**

**/s/ Lawrence F. Morrison**

**Lawrence F. Morrison**
Attorney for debtor(s)
**Morrison Tenenbaum, PLLC**
**87 Walker Street, Second Floor**
**New York, NY 10013**

**212-620-0938 Fax:646-390-5095**
**info@m-t-law.com**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com